IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40991
Conference Calendar

_____

LIONEL JOHNSON, JR.,

Plaintiff-Appellant,

versus

RUEBEN GONZALEZ,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-93-CV-44
- - - - - - - - - -

February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Lionel Johnson, Jr., Texas prisoner # 575110, appeals the jury verdict in favor of Rueben Gonzalez in his 42 U.S.C. § 1983 complaint. Johnson argues that Gonzalez intentionally withheld from trial two photographs which depicted the condition of Johnson's knee shortly after the incident, Gonzalez's expert medical witness was unqualified to testify at the trial, a defense witness's trial testimony differed from his deposition

_____

[*]This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

testimony, and the jury did not fairly represent a cross section of the community.

We are unable to review Johnson's issues, which relate only to his jury trial, because he has failed to order a transcript of the trial, and his brief contains no citations to the record or authorities. Fed. R. App. P. 10(b), 28(a)(9); <u>Richardson v. Henry</u>, 902 F.2d 414, 416 (5th Cir. 1990); <u>Yohey v. Collins</u>, 985 F.2d 222, 225 (5th Cir. 1993). Although this court applies less stringent standards to parties proceeding <u>pro se</u> than to parties represented by counsel and liberally construes briefs of <u>pro se</u> litigants, <u>pro se</u> parties must still brief the issues and reasonably comply with the requirements of Fed. R. App. P. 28. <u>Grant v. Cuellar</u>, 59 F.3d 523, 524 (5th Cir. 1995). Accordingly, Johnson's appeal is DISMISSED.